LEE S. RAPHAEL, ESQ. #180030
PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Blvd., Suite 100
Woodland Hills, CA  91364
Telephone: (818) 227-0100
Facsimile: (818) 227-0637
Email: lraphael@pralc.com
D.087-279

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) COMPLAINT FOR:<br>) MONEY HAD AND RECEIVED;<br>) AND MONEY PAID BY MISTAKE<br>) (MEDICARE OVERPAYMENT) |
| vs. | ) |
| CONSTANT CARE HOME HEALTH AGENCY, INC.; and DOES 1-10, inclusive, | ) [CLAIM AMOUNT $69,790.27] |
| Defendants. | ) |

Plaintiff alleges:

1.   UNITED STATES OF AMERICA ("Plaintiff" herein), is a governmental entity that is duly licensed and qualified to do business in the State of California.  Defendant, CONSTANT CARE HOME HEALTH AGENCY, INC. ("Defendant") is a California corporation that performs medical work on behalf of Medicare patients, for which work it is paid by Plaintiff under the Medicare program.  This action, in which Plaintiff seeks amounts overpaid by Plaintiff to Defendant, is filed in this district because Defendant is located in Glendale,

California which is in this district.

2.     The true names and capacities, whether individual, corporate, associate or otherwise, of the Defendants named herein as Does 1 through 10, inclusive, are unknown to Plaintiff, Plaintiff asks leave of Court to amend its Complaint to include the true names and capacities of said Defendants when the same have been ascertained.

3.     At all times herein relevant each Defendant was the agent, servant, and employee of every other Defendant and in doing the acts of which complaint is herein made was at all times acting within the course and scope of said agency or employment or in the alternative was acting for a common purpose and objective of causing the financial loss of which complaint is made herein.

## FIRST CAUSE OF ACTION

### (AGAINST ALL DEFENDANTS FOR MONEY HAD AND RECEIVED)

4.     Plaintiff restates and realleges Paragraphs 1 through 3, inclusive, of the Complaint as though fully set forth herein.

5.     Within four (4) years last past, Defendant became indebted to Plaintiff for money had and received for Defendant's benefit within the County of Los Angeles, State of California in the sum of $69,790.27.

6.     After all appropriate credits and charges, there is now due and owing and unpaid the sum of $69,790.27 together with interest thereon at the rate of 9.62% per annum after April 2, 2020, through the date of trial, no part of which has been paid although demand has been made therefor.

## SECOND CAUSE OF ACTION

### (AGAINST ALL DEFENDANTS FOR MONEY PAID BY MISTAKE)

7.     Plaintiff restates and realleges Paragraphs 1 through 3, inclusive, of the Complaint as though fully set forth herein.

8.   Defendant owes the Plaintiff $69,790.27 for money paid or overpaid by mistake to Defendant within the four years last past, when Defendant received the payment(s) from Plaintiff under the auspices of the Medicare program.

WHEREFORE, Plaintiff prays for judgment against Defendant and each of them, for all causes of action as follows:

ON THE FIRST CAUSE OF ACTION

(1)   For the principal sum of $69,790.27;

(2)   For interest on the above sum at the rate of 9.62% per annum from April 2, 2020;

ON THE SECOND CAUSE OF ACTION

(3)   For the principal sum of $69,790.27;

(4)   For interest on the above sum at the rate of 9.62% per annum from April 2, 2020;

ON ALL CAUSES OF ACTION

(5)   For reasonable attorney's fees;

(6)   For all costs incurred; and

(7)   For such other and further relief as the Court deems just and proper.

Dated: December 24, 2020

PROBER & RAPHAEL

By: ___/s/_____
LEE S. RAPHAEL
Attorneys for Plaintiff